IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANTONIO DEQUAN ELLIOTT                                                        PLAINTIFF
ADC #182795

v.                              No: 3:23-cv-00184-BSM-PSH

MARJORIE PARROTT, *et al.*                                                    DEFENDANTS

# ORDER

Having reviewed Plaintiff Antonio Dequan Elliott's complaint (Doc. No. 2) and amended complaint (Doc. No. 11) for screening purposes,[1] the Court finds that service is appropriate with respect to his claims against the defendants. The Clerk of the Court shall prepare a summons for defendant Field Captain Sanders. Service will be directed on the other defendants once service instructions are received from their employer, Wellpath. The United States Marshal is hereby directed to serve a copy of the complaint (Doc. No. 2), amended complaint (Doc. No. 11), and summons on defendant Sanders without prepayment of fees and costs or security therefor. Sanders should be served through the ADC Compliance Division.[2]

---

[1] The Prison Litigation Reform Act (PLRA) requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).

[2] If a defendant is no longer an ADC employee, the individual responding to service must file a **SEALED** Statement providing the unserved defendant's last known private mailing address.

2

IT IS SO ORDERED this 23rd day of October, 2023.

_____
UNITED STATES MAGISTRATE JUDGE