# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ANTONIO DEQUAN ELLIOTT**                                                    **PLAINTIFF**
**ADC #182795**

v.                              No: 3:23-cv-00184-PSH

**MARJORIE PARROTT,** *et al.*                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered in favor of defendants. Plaintiff Antonio Dequan Elliott's claims are dismissed without prejudice.

DATED this 23rd day of April, 2024.

_____
UNITED STATES MAGISTRATE JUDGE